UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-62891-WPD

LAWANNA TYNES,

    Plaintiff,

    vs.

FLORIDA DEPARTMENT OF
JUVENILE JUSTICE,

    Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the conclusion of the trial in this matter and the

Jury Verdict entered on July 26, 2021.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Plaintiff Lawanna Tynes and against

   Defendant Florida Department of Juvenile Justice for race and sex discrimination in

   violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 in the

   amount of $924,600, for which let execution issue;

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

27th day of July, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record