UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62891-CIV-DIMITROULEAS/SNOW

LAWANA TYNES,

       Plaintiff,

vs.

FLORIDA DEPARTMENT
OF JUVENILE JUSTICE,

       Defendant.
_____/

REPORT AND RECOMMENDATION

    THIS CAUSE is before the Court on the Plaintiff's Motion for Attorney Fees (ECF No. 154) which was referred to United States Magistrate Judge, Lurana S. Snow, for Report and Recommendation. The Motion is fully briefed and ripe for consideration. However, on October 13, 2021, judgment in this case was stayed pending appeal (ECF No. 162) and a reversal by the 11th Circuit could render the instant Motion moot. Therefore, in the interest of judicial economy and being duly advised in the premises, it is hereby

    RECOMMENDED that the Plaintiff's Motion for Attorney Fees (ECF No. 154) be DENIED without prejudice to renew at the time the stay of judgment is lifted.

    The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable William P. Dimitrouleas, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained therein,

except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1.

    DONE AND SUBMITTED at Fort Lauderdale, Florida, this 20th day of October, 2021.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable William P. Dimitrouleas

All counsel of record