UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAWANNA TYNES,   CASE NO. 18-62891-CIV-DIMITROULEAS

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
JUVENILE JUSTICE,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Motion for Attorney Fees [DE 154] and the October 20, 2021 Magistrate Judge's Report and Recommendation (the "Report") [DE 165]. The Court notes that no objections to the Report [DE 165] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's findings in the Report [DE 165] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 165] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that, in the interest of judicial economy, the Motion be denied without prejudice to renew at the time the stay of judgment is lifted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 165] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff's Motion for Attorney Fees [DE 154] is hereby **DENIED without prejudice** to renew at the time the stay of judgment is lifted.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Snow
Counsel of record