UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62891-CIV-DIMITROULEAS

LAWANNA TYNES,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
JUVENILE JUSTICE,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff Lawanna Tynes ("Plaintiff")'s Unopposed Motion for Entry of Order Awarding Appellate Attorney's Fees on Transferred Pending Motion for Appellate Attorney's Fees [DE 174/176], and the June 6, 2024 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 199] (the "Report"). The Court notes that no objections to the Report [DE 199] have been filed, and the time for filing such objections has passed.[1] As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 199] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 199] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

---

[1] Magistrate Judge Hunt shortened the period for filing objections. *See* [DE 199] at p. 3.

1. The Report [DE 199] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff's Unopposed Motion for Entry of Order Awarding Appellate Attorney's Fees on Transferred Pending Motion for Appellate Attorney's Fees [DE 174/176] is **GRANTED**.

3. Plaintiff is hereby awarded appellate attorney's fees in the amount of $62,150.00.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of June 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt