UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-62891-CIV-DIMITROULEAS

LAWANNA TYNES,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF JUVENILE JUSTICE

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Disbursement of Funds in Court's Registry [DE 230], Plaintiff's Motion to Disburse Undisputed Judgment Funds and Appellate Attorney Fee Funds in Court's Registry [DE 241] and the February 10, 2025 Report and Recommendation of Magistrate Judge Patrick Hunt [DE 249] (the "Report").  The Court notes that the time to file objections has passed and no party has filed an objection to Magistrate Judge Hunt's Report and Recommendation. [DE 249]. Accordingly, the Magistrate Judge's findings in the Report [DE 249] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 249] is hereby **ADOPTED** and **APPROVED**.

2.     Plaintiff's Motion for Disbursement of Undisputed Judgment Funds and Appellate Attorney's Fees [DE 241] is **GRANTED**.

3.     Plaintiff's Motion to Disburse Funds [DE 230] is and **GRANTED IN PART** and **DENIED IN PART** as follows:

4. The Clerk of Court is hereby **DIRECTED** to disburse the following sums of money to the respective parties:

   a. $924,600.00 representing the judgment funds at issue that was deposited with the Clerk of Court on June 10, 2024, should be disbursed to Plaintiff and Plaintiff's counsel and made payable to "LAWANNA TYNES and GLENN RICARDO MILLER, LLC TRUST ACCOUNT" at the following address: Glenn Ricardo Miller, LLC, c/o Glenn R. Miller, Esq., 67 N.E. 168th Street North Miami Beach, Florida 33162.

   b. $2,286.57 shall be deducted from the $204,835.39 that was deposited with the Clerk of Court on July 18, 2024. This $2,286.57 will reflect the amount of post-judgment interest that has accrued on Plaintiff's judgment funds , and it should be disbursed to Plaintiff and Plaintiff's counsel and made payable to "LAWANNA TYNES and GLENN RICARDO MILLER, LLC TRUST ACCOUNT" at the following address: Glenn Ricardo Miller, LLC, c/o Glenn R. Miller, Esq., 67 N.E. 168th Street North Miami Beach, Florida 33162.

   c. $62,150.00 representing the appellate attorneys' fees award due that was deposited with the Clerk of Court on July 03, 2024, should be disbursed to Plaintiff's counsel and made payable to "ARNALDO VELEZ, ESQ.", at the following address: Arnaldo Velez, Esq., 35 Almeria Avenue, Coral Gables, FL 33134.

   d. $1,000 shall be deducted from the $204,835.39 that was deposited with the Clerk of Court on July 18, 2024. This $1,000 will reflect the amount of postjudgment interest that has accrued on Plaintiff's appellate attorneys' fees award , and it should be disbursed to Plaintiff's counsel and made payable to

      "ARNALDO VELEZ, ESQ.", at the following address: Arnaldo Velez, Esq., 35 Almeria Avenue, Coral Gables, FL 33134.

    e. The remaining $201,548.82 of the $204,835.39 that was deposited with the Clerk of Court on July 18, 2024 shall be disbursed to Defendant and made payable to "WILLIAMS, LEININGER & COSBY f/b/o FLORIDA DEPARTMENT OF JUVENILE JUSTICE" to be held in trust for Defendant FLORIDA DEPARTMENT OF JUVENILE JUSTICE, at the following address: 11300 US Highway 1, Suite 300, North Palm Beach, Florida 33408.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt