UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62891-CIV-DIMITROULEAS

LAWANNA TYNES,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF JUVENILE JUSTICE

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Renewed Motion for Attorney's Fees [DE 178] and Renewed Motion for Bill of Costs [DE 179] and the February 13, 2025, Report and Recommendation of Magistrate Judge Hunt [DE 251].

The Court notes that the time to file objections has passed and no party has filed an objection to Magistrate Judge Hunt's Report and Recommendation. [DE 251]. Accordingly, the Magistrate Judge's findings in the Report [DE 251] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 251] is hereby **ADOPTED** and **APPROVED**.

2.     Plaintiff's Renewed Motion for Attorney's Fees, [DE 178] is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

    a.     Plaintiff is awarded $192,357.00 in attorney's fees.

3.     Plaintiff's Renewed Motion for Bill of Costs, [DE 179] is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

      a. Plaintiff shall be reimbursed for $5,299.68 in costs.

4. Pursuant to the Court's Order at [DE 252] granting in part and denying in part [DE 230],

      a. **[DE 232]** (Defendant's MOTION Objecting to Plaintiff's Motion to Disburse Funds in Court's Registry [DE 230]) and **[DE 234]** (Amended MOTION Objecting to Plaintiff's Motion to Disburse Funds in Court's Registry [DE 230]) are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of March 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt